THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK KOHL, JOHN McDERMOTT and MARY RANGEL, Appellants.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and dismiss the information as to all defendants, and Cohn, J., dissents as to the defendant Rangel, and votes to reverse and dismiss the information as to her on the ground that her guilt was not established beyond a reasonable doubt. Settle order on notice.